IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RASSAN JOHNSON, :
:
Petitioner, :
: CIVIL ACTION
v. :
: NO. 16-927
WARDEN: TICE, et al., :
:
Respondents. :

FILED
OCT 26 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 25 day of October, 2017, upon careful and independent consideration of the petition for writ of habeas corpus, after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and having received no objections from the petitioner, **IT IS HEREBY ORDERED** that:

1. The report and recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DENIED AND DISMISSED** with prejudice;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk is directed to mark this case as **CLOSED**.

BY THE COURT

LAWRENCE F. STENGEL, C. J.